IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STC.UNM,

    Plaintiff,

vs.                                                       Civ. No. 20-197 KG/KK

QUEST DIAGNOSTICS
INCORPORATED and QUEST
DIAGNOSTICS CLINICAL
LABORATORIES, INC.,

    Defendants.

## ORDER OF REMAND

Having granted Plaintiff STC.UNM'S Motion to Remand (Doc. 26) by entering a Memorandum Opinion and Order contemporaneously with this Order of Remand,

IT IS ORDERED that this lawsuit is remanded to the Second Judicial District Court, Bernalillo County, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE